# Christopher J. Bowes, Esq.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

_____

June 29, 2026

Via ECF
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007                     RE:     Deloatch v. SSA
                                                1:26 civ 2662 (VF)

Dear Judge Figueredo:

I am writing to request an extension of time to serve Plaintiff's Brief in the above captioned case.  The papers are due to be filed on July 1, 2026. This is plaintiff's first request for an extension of time.

Due to multiple work deadlines and planned family vacation time, I have been unable to complete Ms. Deloatch's papers under the default briefing schedule. The administrative record is also fairly large at more than 2,000 pages long. Counsel for the Commissioner, SAUSA Fergus Kaiser, kindly consents to this request and the parties respectfully request approval of the following revised schedule:

August 5, 2026     Plaintiff's Motion for Judgment on the Pleadings
October 5, 2026    Defendant's Responsive Brief
October 19, 2026   Plaintiff's Reply Brief

Thank you for you for Your Honor's attention to this matter.

                                        Respectfully submitted,

                                        /s/ Christopher J. Bowes, Esq.
                                        Christopher J. Bowes, Esq.

cc:    Sergei Aden, Esq.
       Attorney for Defendant

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2026

The proposed schedule is ADOPTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 7.