Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

August 4, 2026

Via ECF
Hon. Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Deloatch v. SSA
26-cv-2662 (VF)

Dear Judge Figueredo:

I am writing to request an extension of time to file plaintiff's Brief in this case, which is currently is due tomorrow, August 5, 2026. This is my second request for an extension of time.

I regret making multiple request for extensions of time to file Plaintiff's Brief but this file, and several others that I have been working on over the past several weeks, has overtaxed my resources. The file is extensive but is also dense with detail and I am not able to complete these papers for filing tomorrow. With the consent of opposing counsel, we respectfully request that the Court adopt the following revised briefing schedule:

| | |
|---|---|
| August 26, 2026 | Plaintiff's Brief |
| October 26, 2026 | Defendant's Brief |
| November 16, 2026 | Plaintiff's Reply Brief |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes, Esq.
Christopher J. Bowes, Esq.

cc: SAUSA Fergus Kaiser

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 6, 2026**

The proposed schedule is hereby ADOPTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.