Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

November 17, 2026

Via ECF
Hon. Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Deloatch v. SSA
26-cv-2662 (VF)

Dear Judge Figueredo:

I am writing to request an extension of time, nunc pro tunc, in which to file plaintiff's Reply Brief in this case, which should have been filed yesterday.

I apologize to the Court for late request. I unfortunately have had several different matters bottlenecking together at the same time and was not able to complete these papers yesterday. With the kind consent of opposing counsel, we respectfully request that the Court permit me to file Plaintiff' Reply by November 20, 2026

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 19, 2026**

The request for an extension is GRANTED.